Janet Brown

9 Carpenter Court

San Francisco, California [94124]

Brownjay2014@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janet Brown et al., | Case No.: 24-cv-00466 |
| Plaintiff/Petitioner, | [MOTION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO et al., | |
| Defendant/Respondent | |

TO THE HONORABLE COURT:

Plaintiff Janet Brown respectfully submits this Motion to Reschedule the Case Management Conference in this matter based on the following reasons:

I. Background

On, October 18, 2024 this Court scheduled a Case Management Conference to facilitate early case organization and encourage settlement discussions as per Federal Rule of

Civil Procedure 16. Plaintiff filed a joint case management statement on October 29, 2024 at 00:08. However, due to the **Defendant's et al.,** failure to respond to initial complaints and other filings, the joint Case Management Statement submitted reflected Defendant's non-responsiveness, and as a result, the Court vacated the originally scheduled Case Management Conference on November 4, 2024.

### II. Request to Reschedule Case Management Conference

Plaintiff seeks the Court's assistance to reschedule the Case Management Conference to provide guidance for the case progression given Defendant's continued lack of response.

Plaintiff believes a rescheduled Case Management Conference is essential to address preliminary issues, particularly those stemming from Defendant's non-compliance with standard procedural obligations, including a lack of participation in required disclosures and communications, as mandated under Federal Rules of Civil Procedure 26(f) and 16(b).

### III. Relief Sought

Plaintiff requests that this Court:

1. **Set a new date for the Case Management Conference or a Settlement Conference** at its earliest convenience, within 30 days of the date of this motion to address the procedural direction and management of this case in light of Defendant's non-responsiveness; or to discuss compensation for the injuries and aggravated damage caused in this case.

2. **Enter entry of default and dismissal with compensation of $100,000,000.00** for violations of rights and because the Defendant has remained, for the better portion of one year, consistently and evidently unwilling to participate and remains unresponsive.

### IV. Conclusion

For the foregoing reasons, Plaintiff Janet Brown respectfully requests that the Court grant this Motion and reschedule the Case Management Conference at the Court's discretion, and allow this case to proceed.

Respectfully submitted,

*[signature]*

10/30/2024

Janet Brown

Pro Se Plaintiff

3