**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANET BROWN,**<br><br>　　　　Plaintiff**,**<br><br>　　v.<br><br>**CITY OF SAN FRANCISCO, ET AL.,**<br><br>　　　　Defendants. | Case No.  4:24-cv-00466-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM**<br><br>Re: Dkt. Nos. 14, 19. |

　　The Court has reviewed Magistrate Judge Beeler's Report and Recommendation (Dkt. No. 14, "Report") recommending dismissal of this action. Plaintiff filed no official opposition to the Report but filed a motion to reschedule a vacated case management conference in which she lays out some further arguments. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. In short, and for the reasons set forth in the Report, this Court lacks jurisdiction to hear the matter.

　　Accordingly, and for the reasons set forth in the Report, the action herein is **DISMISSED WITH PREJUDICE.** However, nothing in this order precludes plaintiff from continuing to pursue any available remedy in state court.

　　This Order terminates the case and the request to set the case management conference is terminated as moot.

　　This order terminates Dkt. Nos. 14, 19.

　　**IT IS SO ORDERED.**

**Date:** November 4, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**